**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALICE DANCLAR <br> 805 Seymour Pullam Lane <br> Dequincy, Louisiana 70633 <br><br> Plaintiff, <br><br> v. <br><br> ASHKENAZY ACQUISITION CORP <br> 150 East 58th Street, 39th Floor <br> New York, New York 10155 <br><br> and <br><br> INTERSTATE CLEANING CORP <br> 1566 North Warson Road <br> St. Louis, Missouri 63132 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

Alice Danclar, Plaintiff, by Ted J. Williams, her attorney, brings this complaint against Ashkenazy Acquisition Corporation and Interstate Cleaning Corporation, Defendants, and for cause, says:

**JURISDICTION**

**1.** That this Court has jurisdiction pursuant to Title 28 U.S.C. Section 1332 in that there is diversity of citizenship between the Plaintiff and Defendants and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## PARTIES

2.  Plaintiff, Alice Deaclar, is a resident of DeQuincy, Parish of Calcasieu, State of Louisiana.

3.  Defendant Ashkenazy Acquisition Corporation is a Corporation doing business in the District of Columbia and is charged with maintaining the Food Court area of Union Station, located at 50 Mass. Avenue, N.W., in Washington, DC.

4.  Defendant Interstate Cleaning Corporation is a Corporation doing business in the District of Columbia is charged with maintaining the Food Court area of Union Station, located at 50 Massachusetts Avenue, N.E., in Washington, DC.

## STATEMENT OF FACTS

5.  The Plaintiff, Alice Danclar, alleges that Ashkenazy Acquisition Corporation and Interstate Cleaning Corporation maintain and operates the Food Court located at Union Station 50 Massachusetts Avenue, N.E., Washington, DC.

6.  Further, the Plaintiff alleges that the Defendants' Food Court located at Union Station 50 Massachusetts Avenue, N.E., Washington, DC, specifically advertises and invite customers to patronize it"s establishments for the purpose of dining out.

7.  That on or about July 13, 2013 , the Plaintiff, Alice Danclar, was a patron of Defendants' Food Court located at Union Station, 50 Massachusetts Avenue, N.E., Washington, DC.

8.  On this date,  the Plaintiff and her friends were seated eating their meals at which time the Plaintiff's chair collapsed and the Plaintiff fell violently to the floor.

9.  As a direct and proximate result of the aforesaid, the Plaintiff was injured.

## COUNT 1
### Negligence

10. Plaintiff incorporates the allegations contained in Paragraphs 1 thru 9 in this Count.

11. The Plaintiff alleges that the Defendants Ashkenazy Acquisition Corporation and Interstate Cleaning Corporation were negligent in allowing the collapsed chair, herein mentioned to fall into disrepair without properly servicing the chair, knowing or having reason to know that food court patrons would be using the chair to dine, the Plaintiff negligently was caused to fall causing injury to the Plaintiff.

12. Further, the Defendants' actions in failing to inspect the premises, specifically chairs in which it knew or should have known would be used by patrons and keep patrons like the Plaintiff safe and their individual and collective failure to warn the Plaintiff of the hidden defect, as to the inspection and disrepair of the chairs, was willful, wanton and reckless negligence.

13. As a direct and proximately result of the Defendants' negligence, the Plaintiff suffered an injury to her neck, back, knee and she was otherwise injured, suffered great pain of body and mind, was caused to expend monies for medical attention, was caused to change her lifestyle, was caused to lose the normal enjoyment of life, and all of Plaintiff injuries are both temporary and permanent in nature.

### PRAYER

WHEREFORE, Plaintiff, Alice Danclar, claims damages in an amount in excess of five Hundred Thousand Dollars ($500,000.00), and the costs of this action against Defendants.

### JURY DEMAND

Alice Danclar, Plaintiff, demands trial by jury on all issues raised in her Complaint.

Respectfully submitted,


_____/s/_____
Ted J. Williams
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
Bar No. 414758
sydnae@aol.com